

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00282-CV

**IN THE INTEREST OF A.P., D.P., J.P., CHILDREN,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1796-CV-A
Honorable Jessica Crawford, Judge Presiding

# O R D E R

This is an accelerated appeal from an order terminating parental rights. Appellant A.A.R. has filed a motion to supplement the clerk's and reporter's records. The supplemental reporter's record requested by appellant was filed on July 3, 2017. Therefore, we GRANT appellant's motion to supplement the clerk's record. We ORDER the trial court clerk to file, on or before **July 23, 2018**, a supplemental clerk's record containing the Department's Affidavit in Support of Removal filed on June 23, 2017. Appellant's brief will be due twenty days after the supplemental clerk's record is filed.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court